PEOPLE *v.* CLEGG

Appeal from Jackson, Britten (Gordon W.), J. Submitted Division 2 December 4, 1968, at Lansing. (Docket No. 4,180.) Decided December 19, 1968. Leave to appeal denied May 13, 1969. 382 Mich 752.

Robert E. Clegg was convicted of gross indecency. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Vincent F. Stapley,* Assistant Prosecuting Attorney, for the people.

*Robert E. Clegg, in propria persona.*

PER CURIAM. Defendant's jury trial resulted in his conviction of gross indecency, CL 1948, § 750.338 (Stat Ann 1954 Rev § 28.570), and he was sentenced to prison. His appeal asserts 6 errors.

A review of the trial record and the briefs does not disclose prejudicial error.

Affirmed.

T. G. KAVANAGH, P. J., and QUINN and MILLER, JJ., concurred.